UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE REMEDIOS
SILVA CRUZ, *et al.*,

    Plaintiffs,

v.

GENERAL MOTORS, LLC,

    Defendant.
_____/

Case No. 19-cv-13003
Hon. Matthew F. Leitman

## **ORDER SETTING DUE DATE FOR SUPPLEMENTAL BRIEFS**

On July 6, 2021, the Court held a hearing on Defendant General Motors, LLC's motion for the application of Mexican substantive law. (*See* 7/6/2021 Hr'g Tr., ECF No. 52.)  At the conclusion of the hearing, the Court informed the parties that it would (1) hold an evidentiary hearing with respect to the motion and (2) authorize the parties to file supplemental briefs prior to the evidentiary hearing. (*See id.*, PageID.1124-1125.)  The Court has now scheduled the evidentiary hearing for February 11, 2022. (*See* Notice of Hearing, ECF No. 59.)  The parties shall each file their supplemental briefs by no later than **January 28, 2022**.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  January 3, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 3, 2022, by electronic means and/or ordinary mail.

                                                s/ Holly A. Ryan  
                                                Case Manager  
                                                (810) 341-9764